

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 2272<br><br>Master Docket No. 11 C 5468<br><br>See Attached List Of Cases |
| Plaintiff, | |
| v. | No. |
| ZIMMER, INC., et al, | Judge Rebecca R. Pallmeyer |
| Defendants. | |

## SUGGESTION OF REMAND

Having reviewed the record in this case, and with the agreement of counsel, the court concludes that these cases do not meet the criteria for inclusion in this MDL and will not benefit from further coordinated proceedings as part of the MDL. *Cf. Barragan v. Warner-Lambert Co.,* 216 F. Supp. 2d 627, 633 (W.D. Tex. 2002).

For these reasons, the court issues its Suggestion of Remand of the cases on the attached list, pursuant to Rule 10.1(b) of the Rules of Civil Procedure of the Judicial Panel on Multidistrict Litigation, to the transferor district court.

The Clerk is ordered to provide copies of this order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the United States District Court for the Southern District of New York.

IT IS SO ORDERED.

ENTER:

Date: September 17, 2014

REBECCA R. PALLMEYER
United States District Judge

**Master Docket No. 11 C 05468**         **MDL No. 2272**

| Plaintiff | Case No. |
|---|---|
| Barnes v. Zimmer, et al | 12-cv-02466 |
| Brown v. Zimmer, et al | 13-cv-04311 |
| Brown, v. Zimmer, et al | 12-cv-03338 |
| Busch v. Zimmer, et al | 11-cv-08675 |
| Clark v. Zimmer, et al | 12-cv-06533 |
| Cone, et al v. Zimmer, et al | 12-cv-10094 |
| Dorsey v. Zimmer, et al | 13-cv-00547 |
| Doyle v. Zimmer, et al | 12-cv-07070 |
| Duenow v. Zimmer, et al | 13-cv-05644 |
| Engel, et al v. Zimmer, et al | 12-cv-06535 |
| Falconeri v. Zimmer, et al | 12-cv-09713 |
| Fife, et al v. Zimmer, et al | 12-cv-02055 |
| Greene v. Zimmer, et al | 13-cv-04063 |
| Grubb-Rivera, et al v. Zimmer, et al | 13-cv-04063 |
| Jordan, et al v. Zimmer, et al | 12-cv-07073 |
| Kamara, et al v. Zimmer, et al | 12-cv-03363 |
| Knapp v. Zimmer, et al | 12-cv-09165 |
| Koehn v. Zimmer, et al | 12-cv-07877 |
| Lemson, et al v. Zimmer, et al | 14-cv-01204 |
| Lehnhoff v. Zimmer, et al | 13-cv-03137 |
| Majercak, et al v. Zimmer, et al | 13-cv-00565 |
| McWhorter v. Zimmer, et al | 12-cv-10303 |
| Meardy v. Zimmer, et al | 12-cv-07343 |
| Oliver v. Zimmer, et al | 13-cv-06811 |
| Parker v. Zimmer, et al | 12-cv-00791 |
| Peterson, et al v. Zimmer, et al | 12-cv-03344 |
| Robert v. Zimmer, et al | 13-cv-06044 |
| Roberts v. Zimmer, et al | 12-cv-10296 |
| Rushing v. Zimmer, et al | 13-cv-01542 |
| Sill v. Zimmer, et al | 12-cv-03337 |
| Stancel v. Zimmer, et al | 13-cv-00546 |
| Tighe, et al v. Zimmer, et al | 13-cv-03618 |
| Van Wagner, et al v Zimmer, et al | 12-cv-07882 |
| Waer, et al v. Zimmer, et al | 12-cv-04759 |
| Weaver v. Zimmer, et al | 13-cv-03619 |
| Weidhof, et al v. Zimmer, et al | 12-cv-03347 |
| Wharton v. Zimmer, et al | 13-cv-07089 |
| Wickholm, et al v. Zimmer, et al | 11-cv-05718 |
| Wilson, et al v. Zimmer, et al | 13-cv-03657 |
| Zavlick, et al v. Zimmer, et al | 12-cv-02365 |
| Chaves v. Zimmer, et al | 12-cv-09128 |
| Malbrough v. Zimmer, et al | 11-cv-05728 |
| Moffett v. Zimmer, et al | 12-cv-05789 |
| Newman, et al v. Zimmer, et al | 11-cv-06440 |
| Richards v. Zimmer, et al | 12-cv-02333 |
| Tacorda, et al v. Zimmer, et al | 12-cv-04725 |
| Taylor, et al v. Zimmer, et al | 12-cv-02298 |
| Vasquez v. Zimmer, et al | 12-cv-04438 |
| Walker v. Zimmer, et al | 12-cv-01924 |
| Wiser, et al v. Zimmer, et al | 12-cv-04930 |